UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Catherine I. Owens                           Docket No. 5:15-MJ-1041-1

### Petition for Action on Probation

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Catherine I. Owens, who, upon an earlier plea of guilty to Driving While Impaired - Level 4 in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on June 10, 2015, to 12 months probation under the conditions adopted by the court. On October 16, 2015, a violation report was submitted to the court advising of the defendant's new arrest for Domestic Violence and failure to complete her DWI assessment. On November 13, 2015, the defendant's Domestic Violence charge was voluntarily dismissed. The court agreed to continue the defendant on supervision with the condition that the judge be notified if the defendant has not completed her assessment by October 23, 2015. On November 3, 2015, the court was notified of defendant's completion of her DWI assessment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
Mrs. Owens had been supervised in the Eastern District of North Carolina and recently transferred to the Western District of Missouri. During the period of probation, Owens failed to satisfy the court ordered community service and DWI treatment. As of this date, the defendant has completed 24 hours of community service, and while the defendant has completed the assessment, she has not completed any hours of treatment. We recommend that the term of probation be extended for a period of six months to allow her additional time to complete these obligations. The defendant has completed all other conditions originally ordered, and feels confident that she will be able to complete the remaining conditions within six months**.** The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The term of probation be extended for 6 months from the original expiration date of June 9, 2016, to December 9, 2016.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith | /s/ Tiffany C. Peacock |
| Eddie J. Smith | Tiffany C. Peacock |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2545 |
| | Executed On: May 19, 2016 |

### ORDER OF THE COURT

Considered and ordered this \_\_19th\_\_ day of \_\_\_\_May\_\_\_\_, 2016 and ordered filed and made a part of the records in the above case.

Kimberly A Swank
U.S. Magistrate Judge